## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **ANDREA OLSON**<br>**Plaintiff(s),**<br><br>**v.**<br><br>**MBO PARTNERS, INC.**<br>**Defendant(s).** | Case No.: 3:15−cv−02216−HZ<br><br>**ORDER CONDITIONALLY APPOINTING PRO BONO COUNSEL FOR SPECIFIC PURPOSE** |

_____ /

    The Court, on its own motion, hereby conditionally appoints Elisa J. Dozono as counsel of record for the purpose of limited.

    Within 14 days of the date of this Order, the appointed attorney/law firm must file the Pro Bono Appointment Response Form with the Court with the appropriate option checked.

    If representation is denied due to a conflict of interest or other specified reason, the appointment will be terminated and the Court may appoint substitute counsel.

    For more information regarding pro bono forms, procedures, reimbursement of costs, or obtaining a pro bono civil rights mentor attorney, please refer to the Pro Bono Program Procedures document located on the Court's website or contact the Pro Bono Panel Administrator.

**DATED** this 25th day of October, 2016    /s/Marco A. Hernandez

                                                               Honorable Marco A. Hernandez
                                                               U.S. District Court Judge

Andrea Olson

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **ANDREA OLSON** <br> **Plaintiff(s),** | Case No.: 3:15−cv−02216−HZ |
| v. | **PRO BONO APPOINTMENT RESPONSE FORM** |
| **MBO PARTNERS, INC.** <br> **Defendant(s).** | |

_____ / _____

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐   Representation of for the purpose of limited is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐   Termination of this appointment is requested based on the following conflict of interest:

_____

_____

☐   No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

_____

_____

**DATED** this _____ day of _____ _____.

_____
Signature

_____
Printed Name and Oregon State Bar No.

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **ANDREA OLSON**<br>**Plaintiff(s),**<br><br>v.<br><br>**MBO PARTNERS, INC.**<br>**Defendant(s).** | Case No.: 3:15–cv–02216–HZ<br><br>**NOTICE OF COMPLETION OF PRO BONO APPOINTMENT (SPECIFIC APPOINTMENTS ONLY)** |

_____ /

    As counsel of record appointed to represent under the Pro Bono Program for the United States District Court, District of Oregon, I hereby certify that:

    ☐ Representation of for the specific purpose of limited has been completed; therefore, my representation under the Pro Bono Program is concluded and termination of the appointment is requested; or

    ☐ I accept full representation of and will remain as counsel of record for the duration of the case.

    **DATED** this _____ day of _____ _____.

_____
Signature

_____
Printed Name and Oregon State Bar No.