Andrea Olson

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**ANDREA OLSON**
Plaintiff(s),

v.

**MBO PARTNERS, INC.**
Defendant(s).

Case No.: 3:15−cv−02216−HZ

**PRO BONO APPOINTMENT RESPONSE FORM**

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

[X] Representation of for the purpose of limited is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

[ ] Termination of this appointment is requested based on the following conflict of interest:

[ ] No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

**DATED** this __14th__ day of __November, 2016__.

_s/ Elisa J. Dozono_
Signature

Elisa J. Dozono, OSB No. 063150
Printed Name and Oregon State Bar No.