**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
District of Oregon
**JAMES E. COX, JR., OSB #085653**
Assistant United States Attorney
jim.cox@usdoj.gov
**JARED HAGER, WSB # 38961**
Assistant United States Attorney
jared.hager@usdoj.gov
United States Attorney's Office
District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2902
Telephone:   (503) 727-1020
Facsimile     (503) 727-1117
Attorneys for Defendants the United States of America and James Richard Perry

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **ANDREA OLSON**, | Case No.: 3:15-CV-02216-HZ |
| Plaintiff, | |
| v. | **NOTICE OF ATTORNEY WITHDRAWAL** |
| **UNITED STATES OF AMERICA,** by and through the Department of Energy and Bonneville Power Administration; and **JAMES RICHARD PERRY**, Secretary of the Department of Energy, | |
| Defendants. | |

Page 1     Notice of Attorney Withdrawal

Defendants United States of America and James Richard Perry, by and through counsel, hereby enter the withdrawal of Assistant United States Attorney James E. Cox, Jr. as co-counsel for Defendants United States of America and James Richard Perry in the above-captioned action.

DATED this 30th day of May, 2018.

    Respectfully Submitted,

    BILLY J. WILLIAMS
    United States Attorney
    District of Oregon

    */s/ James E. Cox, Jr.*
    JAMES E. COX, JR.
    Assistant United States Attorney