**BILLY J. WILLIAMS, OSB #901366**
United States Attorney
**JARED D. HAGER, WSB #38961**
Assistant United States Attorney
U.S. Attorney's Office for the District of Oregon
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902
Email: jared.hager@usdoj.gov
Telephone: 503.727.1120
          Attorneys for the Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **ANDREA OLSON**, | Case No.: 3:15-CV-02216-HZ |
| Plaintiff, | |
| v. | DEFENDANTS' EXHIBIT LIST |
| **UNITED STATES OF AMERICA,** by and through the Department of Energy and Bonneville Power Administration; and **JAMES RICHARD PERRY**, Secretary of the Department of Energy, | |
| Defendants. | |

Defendants the United States of America and James Richard Perry (referred to collectively as "BPA"), by Billy J. Williams, U.S. Attorney for the District of Oregon, and through Jared D. Hager, Assistant U.S. Attorney, hereby submit their exhibit list pursuant to the Court's Trial Management Order, ECF 117. A copy of these exhibits will be provided by hand to the Court and by mail to opposing counsel, as required by the Order.

**Page 1**     Defendants' Exhibit List
         *Olson v. United States*, 3:15-cv-02216-HZ

| No. | Exhibit Description | Marked | Offered | Rec'd |
|---|---|---|---|---|
| 501 | Andrea Olson's 2010 BPA Contract | | | |
| 502 | MBO Partners 2010-2014 Contract – Extend Performance Period | | | |
| 503 | MBO Partners 2010-2014 Contract – Update Terms and Conditions | | | |
| 504 | MBO Exec General Service Agreement | | | |
| 505 | Bonneville Power Administration (BPA) Reasonable Accommodation Coordinator Job Posting | | | |
| 506 | Department of Energy Special Inquiry Report | | | |
| 507 | Andrea Olson email re: Difficult Work Conditions | | | |
| 508 | BPA 2014 Task Order | | | |
| 509 | BPA "Get Well" Project Plan | | | |
| 510 | David Thatcher email re: Andrea Olson – 19248 | | | |
| 511 | Sharon Hale-Mockley email re: OOO | | | |
| 512 | Sharon Hale-Mockley email re: OOO through Monday, March 31st | | | |
| 513 | Andrea Olson email re: RA Action Items-Urgent | | | |
| 514 | Andrea Olson email re: RA Mailbox-HR Help | | | |
| 515 | Andrea Olson email re: Phone Message/No encryption version/Need to Know | | | |
| 516 | Andrea Olson email re: Telework Question | | | |
| 517 | Andrea Olson email re: Reasonable Accommodation | | | |
| 518 | Andrea Olson email re: Reasonable Accommodation | | | |
| 519 | Scott Hampton email re: Clarification on Hourly Rate | | | |
| 520 | Sharon Hale-Mockley email re: Supplemental Labor worker--OOO with no known date of return | | | |
| 521 | Andrea Olson email re: FMLA Documentation-CONFIDENTIIAL | | | |
| 522 | Sharon Hale-Mockley email re: OOO Week of Mar31 through Apr4 | | | |
| 523 | Sharon Hale-Mockley email re: OOO through 4/18/2014 | | | |
| 524 | Scott Hampton email re: Update on RA resource services approach | | | |
| 525 | Sharon Hale-Mockley email re: Meet & Chat | | | |

**Page 2**    Defendants' Exhibit List
*Olson v. United States*, 3:15-cv-02216-HZ

| No. | Exhibit Description | Marked | Offered | Rec'd |
|---|---|---|---|---|
| 526 | Meghan Defibaugh email re: Andrea Olson | | | |
| 527 | Meghan Defibaugh email re: Andrea Olson | | | |
| 528 | Letter to Sharon Hale-Mockley re: Andrea Olson in Reasonable Accommodations position | | | |
| 529 | Sharon Hale-Mockley email re: Assignment of RA program | | | |
| 530 | Andrea Olson letter re: Contract 45925 | | | |
| 531 | Andrea Olson email re: Out of Office | | | |
| 532 | Andrea Olson email re: Do not perform work while out of the office-Thanks, Sharon | | | |
| 533 | Meghan Craft email re: Reasonable Accommodations | | | |
| 534 | Tamara Wilde email re: BPA Access Revocation | | | |
| 535 | Tamara Wilde email re: BPA Assignment End | | | |
| 536 | Tamara Wilde email re: BPA Assignment End – Email Recall | | | |
| 537 | Scott Hampton email re: BPA Access Revocation | | | |
| 538 | Scott Hampton email re: Network and Building Access | | | |
| 539 | Scott Hampton email re: Time Pending for W/E 5/3 | | | |
| 540 | Andrea Olson email re: Time Pending for W/E 5/3 | | | |
| 541 | Tamara Wilde email re: Active Accesses for NHS (Andrea Olson, HRMIS ID 0009796, BUD ACO9085) | | | |
| 542 | Scott Hampton's notes from meeting with Andrea Olson | | | |
| 543 | Scott Hampton email re: BPA Response to your Request | | | |
| 544 | Sharon Hale-Mockley email re: Message-Directive from Scott Hampton | | | |
| 545 | Andrea Olson Hours Worked spreadsheet | | | |
| 546 | Oregon Bureau of Labor and Industries Andrea Olson Complaint, Case No. DPEMDP140715-10957 | | | |
| 547 | Scott Hampton email re: Claim from Andrea | | | |
| 548 | Contract 45925 Settlement Agreement | | | |
| 549 | 2009 and 2010 Pacific Disability Management Business Registry | | | |
| 550 | EEO No. 551-2015-00179X - Order Regarding Jurisdiction | | | |
| 551 | BPA Fact Sheet | | | |

| No. | Exhibit Description | Marked | Offered | Rec'd |
|---|---|---|---|---|
| 552 | Andrea Olson Linkedin post - Social Experiment Reveals No Civil Rights-Part III Lying in Bed with the Government | | | |
| 553 | Andrea Olson Linkedin post – No Civil Rights-Part IV Lying Everywhere Leads to Despair | | | |
| 554 | Andrea Olson Linkedin post – No Civil Rights-Part V An Invalidated Life | | | |
| 555 | Andrea Olson Linkedin post – No Civil Rights-Part VI Illusion sets the stage. Deception reveals the truth. | | | |
| 556 | EEO No. 551-2015-00179X – Order Dismissing Complaint | | | |
| 557 | Andrea Olson Medical | | | |
| 558 | Andrea Olson letter re: Case 3:15-cv-02216- Scheduling Your Public Execution of Andrea Olson | | | |
| 559 | Andrea Olson Linkedin post – He who allows oppression shares the crime | | | |
| 560 | Andrea Olson Linkedin post – Here's to the Crazy Ones | | | |
| 561 | Andrea Olson Linkedin post – What the world needs now is love | | | |
| 562 | Declaration of Andrea Olson in support of Motion for Summary Judgment response | | | |
| | Impeachment Exhibits TBD | | | |
| | All exhibits listed by any other party and not objected to by Defendant | | | |
| | Demonstrative exhibits of any above listed exhibit | | | |

BPA will supplement this list with impeachment and other exhibits as permitted by the Court's Trial Management Order, ECF 117.

Dated this 15th day of June, 2018.

    Respectfully Submitted,

    BILLY J. WILLIAMS
    United States Attorney
    District of Oregon

    */s/ Jared D. Hager*
    JARED D. HAGER
    Assistant U.S. Attorney