**Dallas S. DeLuca, OSB #072992**
DallasDeLuca@MarkowitzHerbold.com
**Kristin M. Malone, OSB #151254**
KristinMalone@MarkowitzHerbold.com
**Katherine M. Acosta, OSB #165223**
KatherineAcosta@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tel:  (503) 295-3085
Fax:  (503) 323-9105

    Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **ANDREA OLSON**,<br><br>                        Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,** by and through the Department of Energy and Bonneville Power Administration; and **JAMES RICHARD PERRY,** Secretary of the Department of Energy,<br><br>                        Defendants. | Case No. 3:15-cv-02216-HZ<br><br>**NOTICE OF ASSOCIATION** |

    PLEASE BE ADVISED that Kristin M. Malone and Katherine M. Acosta, of Markowitz Herbold PC, hereby associate as attorneys for plaintiff Andrea Olson.  Dallas S. DeLuca remains as counsel for plaintiff as well.  Markowitz Herbold's contact information is as follows:

        U.S. Mail or Overnight Delivery Service:
        MARKOWITZ HERBOLD PC
        1211 SW Fifth Ave., Suite 3000
        Portland, OR 97204-3730

        Telephone:  (503) 295-3085

        Facsimile:  (503) 323-9105

Page 1 -   NOTICE OF ASSOCIATION

Electronic Mail:
DallasDeLuca@MarkowitzHerbold.com
KristinMalone@ MarkowitzHerbold.com
KatherineAcosta@ MarkowitzHerbold.com

DATED this 12th day of July, 2018.

                MARKOWITZ HERBOLD PC

            By:  */s/ Dallas S. DeLuca*
                Dallas S.DeLuca, OSB #072002
                DallasDeLuca@MarkowitzHerbold.com
                Kristin M. Malone, OSB #151254
                KristinMalone@MarkowitzHerbold.com
                Katherine M. Acosta, OSB #165223
                KatherineAcosta@MarkowitzHerbold.com

                Of Attorneys for Plaintiff

755930