**Dallas S. DeLuca, OSB #072992**
DallasDeLuca@MarkowitzHerbold.com
**Kristin M. Malone, OSB #151254**
KristinMalone@MarkowitzHerbold.com
**Katherine M. Acosta, OSB #165223**
KatherineAcosta@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tel:  (503) 295-3085
Fax:  (503) 323-9105

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **ANDREA OLSON**,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,** by and through the Department of Energy and Bonneville Power Administration; and **JAMES RICHARD PERRY,** Secretary of the Department of Energy,<br><br>Defendants. | Case No. 3:15-cv-02216-HZ<br><br>**PLAINTIFF'S WITNESS LIST** |

Plaintiff, Andrea Olson, hereby submits this list of witnesses pursuant to the Court's Trial Management Order, ECF 117.

1. Andrea Olson, Plaintiff.

DATED this 29th day of August, 2018.

        MARKOWITZ HERBOLD PC

        By:  */s/ Dallas DeLuca*
            Dallas S. DeLuca, OSB #072002
            DallasDeLuca@MarkowitzHerbold.com

        Kristin M. Malone, OSB #151254
        KristinMalone@MarkowitzHerbold.com
        Katherine M. Acosta, OSB #165223
        KatherineAcosta@MarkowitzHerbold.com

        Of Attorneys for Plaintiff

779014

**Page 2 -**  **PLAINTIFF'S WITNESS LIST**