**Dallas S. DeLuca, OSB #072992**
DallasDeLuca@MarkowitzHerbold.com
**Kristin M. Malone, OSB #151254**
KristinMalone@MarkowitzHerbold.com
**Katherine M. Acosta, OSB #165223**
KatherineAcosta@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR  97204-3730
Tel:  (503) 295-3085
Fax: (503) 323-9105

    Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **ANDREA OLSON**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES OF AMERICA,** by and through the Department of Energy and Bonneville Power Administration; and **JAMES RICHARD PERRY,** Secretary of the Department of Energy, <br><br> Defendants. | Case No. 3:15-cv-02216-HZ <br><br> **PLAINTIFF'S AMENDED POTENTIAL WITNESS LIST** |

Plaintiff, Andrea Olson, hereby submits this list of potential witnesses, pursuant to the Court's Trial Management Order, ECF 117.

| No. | Witness Name | Position |
|---|---|---|
| 1 | Andrea Olson | Plaintiff |
| 2 | Sharon Hale-Mockley | Former Manager of Talent Sustainment at BPA |
| 3 | Scott Hampton | Manager of the Supplemental Labor Management Office at BPA |

| No. | Witness Name | Position |
|---|---|---|
| 4 | Brian Carter | Director of Human Resources at BPA |

DATED this 29th day of August, 2018.

                                MARKOWITZ HERBOLD PC

By: */s/ Dallas DeLuca*
Dallas S. DeLuca, OSB #072002
DallasDeLuca@MarkowitzHerbold.com
Kristin M. Malone, OSB #151254
KristinMalone@MarkowitzHerbold.com
Katherine M. Acosta, OSB #165223
KatherineAcosta@MarkowitzHerbold.com

Of Attorneys for Plaintiff

779109

Page 2 -   PLAINTIFF'S AMENDED POTENTIAL WITNESS LIST